JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HARRY DONALD LEMLY, JR. | CASE NUMBER |
|---|---|
|  | SA CV 19-01603-DOC-(DFMX) |
| PLAINTIFF(S) |  |
| v. |  |
| LISA MANGAT, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). |  |

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 6/25/21

By Karlen Dubon @cacd.uscourts.gov
Deputy Clerk

At: Santa Ana, CA

cc: Counsel of record

CV-44 (11/96)                  **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**