# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Harry Donald Lemly, Jr.

V.

Lisa Mangat, et al.

Case Number: 8:19-cv-01603-DOC-DFM

Judgment was entered in this action on  6/25/2021 (Date) / 119 (Docket No.) against  Harry Donald Lemly, Jr.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | |
| Fees for Service of Process (L.R. 54-3.2): | $708.00 |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $20,680.45 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $886.14 |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $163.50 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | **$22,438.09** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other

/s/ Ezra D. Siegel
Signature

Ezra D. Siegel
Print Name

Attorney for: Defendant Officer Nicholas Milward

Costs are taxed in the amount of _____

Clerk of Court _____   By: _____ Deputy Clerk   Date _____

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Nick Stepien, Mission Viejo, CA (Trial) | 1 | $40.00 | | | 37.76 | $21.14 | $61.14 |
| Deputy Christopher Eiben, Dana Point, CA (Trial) | 1 | $275.00 | | | | | $275.00 |
| Sgt. Nathan Mills, San Clemente, CA (Trial) | 2 | $550.00 | | | | | $550.00 |

**WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees)

**TOTAL** $886.14