# ITEMIZATION FOR COSTS APPLICATION

***Harry Donald Lemly, Jr. v. Lisa Mangat, et al***

**USDC-Case No. (8:19-cv-01603 DOC DFM)**

## Supporting documentation for: Costs incurred in connection with oral depositions

Roger A. Clark
Police Procedures Consultant, Inc.
10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

February 3, 2021

Ezra Siegel, Deputy Attorney General
Office of the Attorney General
Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

***Regarding:*** ***Invoice for Harry Donald Lemly, Jr., v. California Department of Parks and Recreation, et al. Case No. 8:19-CV-01603 DOC DFM.***

Dear Mr. Siegel:

The following is my billing for my deposition testimony taken February 3, 2021 in the above listed case:

Deposition (4 ½ hours @ $350.00):.....................................................$1,575.00

My Federal Tax ID Number is **72-1576857**. A **W-9** is attached to this correspondence.

Sincerely,

Roger A. Clark

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569




Bill To: Ezra Siegel
Department of Justice Office of the Attorney General
300 S Spring St, Ste 1702
Los Angeles, CA, 91206

| | |
|---|---|
| **Invoice #:** | **4886944** |
| **Invoice Date:** | **3/30/2021** |
| **Balance Due:** | **$664.00** |

**Case: Harry D. Lemly, Jr. v. Lisa Mangat, Et Al. (8:19cv01603DOCDFM)** — **Proceeding Type: Depositions**

Job #: 4437875 | Job Date: 2/3/2021 | Delivery: Normal — Internal No.: 45760180LA2019504101

Location: Los Angeles, CA

Billing Atty: Ezra Siegel

Scheduling Atty: Ezra Siegel | Department of Justice Office of the Attorney General

| Witness: Roger A. Clark | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $490.00 | $490.00 |
| Video - Additional Hours | 4.00 | $19.00 | $76.00 |
| Video - Media and Cloud Services | 4.00 | $12.00 | $48.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$664.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$664.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4886944** |
| **Invoice Date:** | **3/30/2021** |
| **Balance Due:** | **$664.00** |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569




Bill To: Ezra Siegel
Department of Justice Office of the Attorney General
300 S Spring St, Ste 1702
Los Angeles, CA, 91206

**Invoice #:** **4832567**
**Invoice Date:** **2/17/2021**
**Balance Due:** **$2,595.85**

**Case: Harry D. Lemly, Jr. v. Lisa Mangat, Et Al. (8:19cv01603DOCDFM)** **Proceeding Type: Depositions**

Job #: 4437875 | Job Date: 2/3/2021 | Delivery: Normal Internal No.: 45760180LA2019504101

Location: Los Angeles, CA
Billing Atty: Ezra Siegel
Scheduling Atty: Ezra Siegel | Department of Justice Office of the Attorney General

| Witness: Roger A. Clark | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 224.00 | $5.95 | $1,332.80 |
| Attendance - Per Session | 2.00 | $150.00 | $300.00 |
| Exhibits | 133.00 | $0.65 | $86.45 |
| Rough Draft | 224.00 | $1.65 | $369.60 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 224.00 | $0.50 | $112.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,595.85** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,595.85** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Invoice #:** **4832567**
**Invoice Date:** **2/17/2021**
**Balance Due:** **$2,595.85**

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569




**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** CA4414492
**Invoice Date:** 7/10/2020
**Balance Due:** $295.00

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4171515 | Job Date: 7/9/2020 | Delivery: Normal
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom
Los Angeles, CA 90017
**Sched Atty:** Jorge Gonzalez | Jorge Gonzalez Law Offices

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Rich Hayden | Veritext Virtual Primary Participants | 1 | 1.00 | $295.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $295.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $295.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43958

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** CA4414492
**Job #:** 4171515
**Invoice Date:** 7/10/2020
**Balance:** $295.00

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4457376
**Invoice Date:** 7/31/2020
**Balance Due:** $1,212.25

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147486 | Job Date: 6/26/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Harry Donald Lemly, Jr. | Video - Services | | 5.75 | $1,121.25 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,212.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,212.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **PCR4457376**
**Job #:** **4147486**
**Invoice Date:** **7/31/2020**
**Balance:** **$1,212.25**

43958

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4425155
**Invoice Date:** 7/16/2020
**Balance Due:** $1,741.55

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147486 | Job Date: 6/26/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Harry Donald Lemly , Jr. | Original with 1 Certified Transcript | Page | 143.00 | $779.35 |
| | Attendance Fee | 1 | 1.00 | $300.00 |
| | Waiting Time (Reporter/Videographer Standby Fee) | 1 | 0.25 | $21.25 |
| | Rough Draft | Page | 143.00 | $235.95 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $35.00 |
| | Exhibit Share | 1 | 1.00 | $325.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,741.55 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,741.55 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **PCR4425155**
**Job #:** **4147486**
**Invoice Date:** **7/16/2020**
**Balance:** **$1,741.55**

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4445175
**Invoice Date:** 7/23/2020
**Balance Due:** $1,163.50

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147426 | Job Date: 6/25/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kathleen Cadman Lemly | Video - Services | | 5.50 | $1,072.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,163.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,163.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43958

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** PCR4445175
**Job #:** 4147426
**Invoice Date:** 7/23/2020
**Balance:** $1,163.50

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4424735
**Invoice Date:** 7/16/2020
**Balance Due:** $1,476.05

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147426 | Job Date: 6/25/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kathleen Cadman Lemly | Original with 1 Certified Transcript | Page | 169.00 | $921.05 |
| | Attendance Fee | 1 | 1.00 | $150.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $35.00 |
| | Exhibit Share | 1 | 1.00 | $325.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,476.05 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,476.05 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** PCR4424735
**Job #:** 4147426
**Invoice Date:** 7/16/2020
**Balance:** $1,476.05

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4464716
**Invoice Date:** 8/4/2020
**Balance Due:** $1,037.25

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4166706 | Job Date: 7/3/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | COSTA MESA
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Freddie Naranjo | Video - Services | | 4.75 | $195.00 | $926.25 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 | $46.00 |
| | Parking Expense | Per hour | 1.00 | $20.00 | $20.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $45.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,037.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,037.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **PCR4464716**
**Job #:** **4166706**
**Invoice Date:** **8/4/2020**
**Balance:** **$1,037.25**

43958

THE PREFERRED INTERPRETING AGENCY, INC.

11401 VALLEY BLVD. #203, EL MONTE, CA 91731
BUS 626.444.9600 CELL 562.842.6263
E-MAIL calendar@thepreferredinterpretingagency.com
MAIL CORRESPONDENCE & CHECKS
P.O. Box 6092, Pico Rivera, CA 90661

July 16, 2020

California Attorney General
300 S Spring St., Suite 1702
Los Angeles, CA 90013-1256
ATTN: Ezra Siegel, Esq.

Re: **Harry D. Lemly Jr. v. Lisa Mangat**
**Veritext Job #: 4147516**
**TPIA File #: 20-1485**

Dear Ezra Siegel:

Please process for payment the following interpreting bill for language services provided:

| | | |
|---|---|---|
| 7/3/20 | Deposition *Spanish*<br>(Full Day Reserved)<br>@ Remote Appointment | $595.00 |

Total due.................................................................................$595.00

TAX ID # 84-4272382

**Veritext LLC, Personal Court Reporters Division - California Region**

Tel. 818-988-1900 Email: calendar-pcr@veritext.com
Fed. Tax ID: 20-3132569




Bill To: Ezra Siegel
Department of Justice Office of the Attorney General
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

| | |
|---|---|
| **Job Date:** | 7/3/2020 |
| **Job #:** | 4147516 |
| **Invoice Date:** | 11/3/2020 |
| **Invoice #:** | 4633504 |
| **Balance Due:** | $1,667.90 |

**HARRY D. LEMLY, JR. v. Lisa Mangat (8:19cv01603DOCDFM)** **Proceeding Type: Depositions**

Location: Costa Mesa, CA

Third Party:

Billing Atty: Ezra Siegel

Scheduling Atty: Ezra Siegel | Department of Justice Office of the Attorney General

Delivery: Normal

| **Sigifredo Naranjo Rios** | **Quantity** | **Amount** |
|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 |
| Attendance - Per Session | 1.00 | $150.00 |
| Exhibits | 17.00 | $11.05 |
| Exhibits - Color | 33.00 | $31.35 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Surcharge - Video Proceeding | 81.00 | $40.50 |
| Litigation Package (all Electronic Files) | 1.00 | $55.00 |
| Conference Suite & Amenities | 1.00 | $50.00 |
| Sharefile - Digital Delivery | 1.00 | $25.00 |
| Exhibit Share | 1.00 | $350.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $75.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 |

Notes: ** Replaces Inv# 4499140

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

43958

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Job #:** | 4147516 |
| **Invoice #:** | 4633504 |
| **Invoice Date:** | 11/3/2020 |
| **Balance Due:** | $1,667.90 |

**Veritext LLC, Personal Court Reporters Division - California Region**

Tel. 818-988-1900 Email: calendar-pcr@veritext.com
Fed. Tax ID: 20-3132569




| | |
|---:|---:|
| **Invoice Total:** | **$1,667.90** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,667.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---:|---:|
| **Job #:** | 4147516 |
| **Invoice #:** | 4633504 |
| **Invoice Date:** | 11/3/2020 |
| **Balance Due:** | $1,667.90 |

43958

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4457722
**Invoice Date:** 7/31/2020
**Balance Due:** $1,550.75

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147497 | Job Date: 6/30/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Mary Lou Dedeaux | Video - Services | | 2.75 | $536.25 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 |
| Robert McElhenney | Video - Services | | 4.50 | $877.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,550.75 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,550.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43958

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** PCR4457722
**Job #:** 4147497
**Invoice Date:** 7/31/2020
**Balance:** $1,550.75

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4436201
**Invoice Date:** 7/21/2020
**Balance Due:** $2,378.35

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147497 | Job Date: 6/30/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Mary Lou Dedeaux | Minimum Charge for Services Rendered | 1 | 1.00 | $495.00 |
| | Surcharge - Video Proceeding | Page | 57.00 | $28.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| Robert McElhenney | Original with 1 Certified Transcript | Page | 163.00 | $888.35 |
| | Surcharge - Video Proceeding | Page | 163.00 | $81.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Attendance Fee - Per Session | 1 | 2.00 | $300.00 |
| | Exhibits - Handling | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Exhibit Share | 1 | 1.00 | $350.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,378.35 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,378.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **PCR4436201**
**Job #:** **4147497**
**Invoice Date:** **7/21/2020**
**Balance:** **$2,378.35**

43958

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4467156
**Invoice Date:** 8/5/2020
**Balance Due:** $724.75

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147525 | Job Date: 7/7/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Nicholas Kyle Stepien | Video - Services | | 3.25 | $633.75 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $46.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $724.75 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $724.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** PCR4467156
**Job #:** 4147525
**Invoice Date:** 8/5/2020
**Balance:** $724.75

43958

**Veritext LLC, Personal Court Reporters Division**
**California Region**

14520 Sylvan Street
Van Nuys CA 91411
Tel. 818-988-1900 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** PCR4445145
**Invoice Date:** 7/27/2020
**Balance Due:** $1,238.40

**Case:** Lemly, Harry, D., Jr. v. Mangat, Lisa
**Job #:** 4147525 | Job Date: 7/7/2020 | Delivery: Normal
**Case #:** 8:19cv01603DOCDFM
**Billing Atty:** Ezra Siegel
**Location:** Remote Proceeding - CA
Virtual Zoom | Witness Costa Mesa 92626
Los Angeles, CA 90017
**Sched Atty:** Ezra Siegel | California Attorney General

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Nicholas Kyle Stepien | Original with 1 Certified Transcript | Page | 97.00 | $528.65 |
| | Attendance Fee - Per Session | 1 | 1.00 | $150.00 |
| | Exhibits | Per Page | 25.00 | $16.25 |
| | Surcharge - Video Proceeding | Page | 97.00 | $48.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Exhibit Share | 1 | 1.00 | $350.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $45.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,238.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,238.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **PCR4445145**
**Job #:** **4147525**
**Invoice Date:** **7/27/2020**
**Balance:** **$1,238.40**

43958

# *Alvarado Court Reporters*

| DATE |
|---|
| 4/29/2021 |

*15508 Saddleback Road*
*Santa Clarita, CA 91387*
*(626) 938-0042 (310) 224-5174*

| INVOICE # |
|---|
| 7497 |

## INVOICE

| BILL TO | SHIP TO |
|---|---|
| Office of the California Attorney General<br>Ezra D. Siegel, Esq.<br>300 S. Spring Street, Suite 1700<br>Los Angeles, CA 90013<br>(213) 269-6436 | Office of the California Attorney General<br>Ezra D. Siegel, Esq.<br>300 S. Spring Street, Suite 1700<br>Los Angeles, CA 90013<br>(213) 269-6436 |

| DUE DATE | JOB NAME | COURT REPORTER | TAX I.D. NO. |
|---|---|---|---|
| 5/29/2021 | Sgt Nathan Mills | Natie Alvarado | 95-4448817 |

| JOB # | SERVICED | DESCRIPTION | PAGES | AMOUNT |
|---|---|---|---|---|
| | | Harold Donald Lemly v. Lisa Mangat, et al. | | |
| 21-5714 | 2/24/2021 | Certified Copy of the Zoom Deposition of Sergeant Nathan Mills | 43 | 150.50 |
| | | Condensed Transcript, CD, & Keyword Index | | 45.00 |

**Any Balance Over 30 Days Is Subject To 3% Monthly Finance Charge.**

**TOTAL : $195.50**

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569




**Bill To:** Ezra Siegel
Attorney General of Los Angeles
300 S Spring St
Suite 500
Los Angeles, CA, 90013-1230

**Invoice #:** CA4462604
**Invoice Date:** 8/4/2020
**Balance Due:** $569.35

| | |
|---|---|
| **Case:** | Lemly, Harry, D., Jr. v. Mangat, Lisa |
| **Job #:** | 4171535 \| Job Date: 7/10/2020 \| Delivery: Normal |
| **Case #:** | CV1901603DOCDFM |
| **Billing Atty:** | Ezra Siegel |
| **Location:** | Remote Proceeding - CA<br>Virtual Zoom<br>Los Angeles, CA 90017 |
| **Sched Atty:** | Jorge Gonzalez \| Jorge Gonzalez Law Offices |

| Witness | Description | Amount |
|---|---|---|
| Officer Nicholas P. Milward | Transcript Services | $528.50 |
| | Exhibit Management | $5.85 |
| | Delivery and Handling | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $569.35 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $569.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **CA4462604** |
| **Job #:** | **4171535** |
| **Invoice Date:** | **8/4/2020** |
| **Balance:** | **$569.35** |

43958