1   PAUL HOFFMAN, SBN 71244
    MELANIE T. PARTOW, SBN 254843
2   UC IRVINE SCHOOL OF LAW CIVIL RIGHTS
    LITIGATION CLINIC
3   PO Box 5479
    Irvine, CA 92616
4   Tel: (310) 717-7373
    Email: hoffpaul@aol.com
5   Email: melaniepartow@gmail.com

6   ROB BONTA
    Attorney General of California
7   DAVID ADIDA
    Supervising Deputy Attorney General
8   EZRA D. SIEGEL
    Deputy Attorney General
9   State Bar No. 238570
      300 South Spring Street, Suite 1702
10    Los Angeles, CA  90013
      Telephone:  (213) 269-6025
11  Fax:  (916) 731-2120
    E-mail:  Ezra.Siegel@doj.ca.gov
12  *Attorneys for Defendant Officer Nicholas P.
    Milward*

13

14                 IN THE UNITED STATES DISTRICT COURT

15              FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17

| 18 | **HARRY D. LEMLY, JR.,** | D.C. No.: 8:19-cv-01603 DOC DFM |
| 19 | Plaintiff, | 9th Cir. No.: 21-56051 |
| 20 | v. | **REQUEST TO VACATE PLAINTIFF'S MOTION TO RETAX COSTS TO BE HEARD ON JUNE 27, 2022, AND STIPULATION RE WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF POST-VERDICT REMEDIES** |
| 21 22 23 | **LISA MANGAT, DIRECTOR OF CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, ET AL.,** Defendants. | |
| 24 25 26 27 | | Judge:          The Honorable David O. Carter Dept:           10A Trial Date:     June 9, 2021 Verdict Date: June 15, 2021 Action Filed: August 20, 2019 |

28

1

1  **TO THE HONORABLE COURT:**

2      1) The parties have arrived at a stipulation that disposes of the case and its

3  related appeal entirely and hereby request the Court to vacate Plaintiff's Motion to

4  Retax Costs, on calendar for June 27, 2022.

5      2) Defendant Officer Milward ("Defendant") agrees to waive seeking a

6  judgment and to recover costs against Plaintiff Harry D. Lemly, Jr., ("Plaintiff") in

7  exchange for Plaintiff waiving any and all post-trial remedies including but not

8  limited to, fees and costs, a motion for new trial, additur, and/or an appeal.

9      3) Plaintiff will dismiss his appeal.

10     **SO STIPULATED.**

11

12                                          Respectfully submitted,

13  Dated:  June 24, 2022                   ROB BONTA
                                            Attorney General of California
14                                          DAVID ADIDA
                                            Supervising Deputy Attorney General
15
                                            As the filer of this stipulation, I attest that
16                                          all other signatories listed, and on whose
                                            behalf the filing is submitted, concur in the
17                                          filing's content and have authorized the
                                            filing.
18
                                            /s/ Ezra D. Siegel
19
                                            EZRA D. SIEGEL
20                                          Deputy Attorney General
                                            *Attorneys for Defendant Officer Nicholas
21                                          P. Milward*

22  Dated:  June 24, 2022                   UC IRVINE SCHOOL OF LAW CIVIL
                                            RIGHTS CLINIC
23
24                                          /s/ Paul Hoffman

25                                          Paul Hoffman, Esq.
                                            Attorney for Plaintiff
26                                          HARRY DONALD LEMLY, JR.

27  LA2019504101

28